Form **941-X:** Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund
(Rev. July 2021)
Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

**Employer identification number (EIN):** [redacted]

**Name** (not your trade name): EAST CENTRAL COMMUNITY COLLEGE

**Trade name** (if any):

**Address:**
- Number / Street: P.O. BOX 129
- City: DECATUR
- State: MS
- ZIP code: 39327

**Return You're Correcting...**
Check the type of return you're correcting.
- [X] 941
- [ ] 941-SS

**Check the ONE quarter you're correcting.**
- [X] 1: January, February, March
- [ ] 2: April, May, June
- [ ] 3: July, August, September
- [ ] 4: October, November, December

**Enter the calendar year of the quarter you're correcting.** 2021 (YYYY)

**Enter the date you discovered errors.** 01 / 31 / 2022 (MM / DD / YYYY)

Read the separate instructions before completing this form. Use this form to correct errors you made on Form 941 or 941-SS. Use a separate Form 941-X for each quarter that needs correction. Type or print within the boxes. You MUST complete all five pages. Don't attach this form to Form 941 or 941-SS unless you're reclassifying workers; see the instructions for line 42.

**Part 1: Select ONLY one process.** See page 6 for additional guidance, including information on how to treat employment tax credits and social security tax deferrals.

- [ ] 1. **Adjusted employment tax return.** Check this box if you underreported tax amounts. Also check this box if you overreported tax amounts and you would like to use the adjustment process to correct the errors. You must check this box if you're correcting both underreported and overreported tax amounts on this form. The amount shown on line 27, if less than zero, may only be applied as a credit to your Form 941, Form 941-SS, or Form 944 for the tax period in which you're filing this form.

- [X] 2. **Claim.** Check this box if you overreported tax amounts only and you would like to use the claim process to ask for a refund or abatement of the amount shown on line 27. Don't check this box if you're correcting ANY underreported tax amounts on this form.

**Part 2: Complete the certifications.**

- [ ] 3. I certify that I've filed or will file Forms W-2, Wage and Tax Statement, or Forms W-2c, Corrected Wage and Tax Statement, as required.

**Note:** If you're correcting underreported tax amounts only, go to Part 3 on page 2 and skip lines 4 and 5. If you're correcting overreported tax amounts, for purposes of the certifications on lines 4 and 5, Medicare tax doesn't include Additional Medicare Tax. Form 941-X can't be used to correct overreported amounts of Additional Medicare Tax unless the amounts weren't withheld from employee wages or an adjustment is being made for the current year.

4. If you checked line 1 because you're adjusting overreported federal income tax, social security tax, Medicare tax, or Additional Medicare Tax, check all that apply. You must check at least one box.
I certify that:
- [ ] a. I repaid or reimbursed each affected employee for the overcollected federal income tax or Additional Medicare Tax for the current year and the overcollected social security tax and Medicare tax for current and prior years. For adjustments of employee social security tax and Medicare tax overcollected in prior years, I have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.
- [ ] b. The adjustments of social security tax and Medicare tax are for the employer's share only. I couldn't find the affected employees or each affected employee didn't give me a written statement that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.
- [ ] c. The adjustment is for federal income tax, social security tax, Medicare tax, or Additional Medicare Tax that I didn't withhold from employee wages.

5. If you checked line 2 because you're claiming a refund or abatement of overreported federal income tax, social security tax, Medicare tax, or Additional Medicare Tax, check all that apply. You must check at least one box.
I certify that:
- [ ] a. I repaid or reimbursed each affected employee for the overcollected social security tax and Medicare tax. For claims of employee social security tax and Medicare tax overcollected in prior years, I have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.
- [ ] b. I have a written consent from each affected employee stating that I may file this claim for the employee's share of social security tax and Medicare tax. For refunds of employee social security tax and Medicare tax overcollected in prior years, I also have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.
- [ ] c. The claim for social security tax and Medicare tax is for the employer's share only. I couldn't find the affected employees, or each affected employee didn't give me a written consent to file a claim for the employee's share of social security tax and Medicare tax, or each affected employee didn't give me a written statement that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.
- [X] d. The claim is for federal income tax, social security tax, Medicare tax, or Additional Medicare Tax that I didn't withhold from employee wages.

Next ▶

For Paperwork Reduction Act Notice, see the separate instructions.   www.irs.gov/Form941X   Cat. No. 17025J   Form **941-X** (Rev. 7-2021)

EXHIBIT A - 941X & POA FORM

| Name (not your trade name) | Employer identification number (EIN) | Correcting quarter 1 (1, 2, 3, 4) |
|---|---|---|
| EAST CENTRAL COMMUNITY COLLEGE | ▮ | Correcting calendar year (YYYY) 2021 |

**Part 3: Enter the corrections for this quarter. If any line doesn't apply, leave it blank.**

| | | Column 1<br>Total corrected amount (for ALL employees) | | Column 2<br>Amount originally reported or as previously corrected (for ALL employees) | | Column 3<br>Difference (If this amount is a negative number, use a minus sign.) | | Column 4<br>Tax correction |
|---|---|---|---|---|---|---|---|---|
| 6. | Wages, tips, and other compensation (Form 941, line 2) | | − | | = | | Use the amount in Column 1 when you prepare your Forms W-2 or Forms W-2c. | |
| 7. | Federal income tax withheld from wages, tips, and other compensation (Form 941, line 3) | | − | | = | | Copy Column 3 here ▶ | |
| 8. | Taxable social security wages (Form 941 or 941-SS, line 5a, Column 1) | | − | | = | | × 0.124* = | |
| | | | | | | | *If you're correcting your employer share only, use 0.062. See instructions. | |
| 9. | Qualified sick leave wages* (Form 941 or 941-SS, line 5a(i), Column 1) | | − | | = | | × 0.062 = | |
| | *Use line 9 only for qualified sick leave wages paid after March 31, 2020, for leave taken before April 1, 2021. | | | | | | | |
| 10. | Qualified family leave wages* (Form 941 or 941-SS, line 5a(ii), Column 1) | | − | | = | | × 0.062 = | |
| | *Use line 10 only for qualified family leave wages paid after March 31, 2020, for leave taken before April 1, 2021. | | | | | | | |
| 11. | Taxable social security tips (Form 941 or 941-SS, line 5b, Column 1) | | − | | = | | × 0.124* = | |
| | | | | | | | *If you're correcting your employer share only, use 0.062. See instructions. | |
| 12. | Taxable Medicare wages & tips (Form 941 or 941-SS, line 5c, Column 1) | | − | | = | | × 0.029* = | |
| | | | | | | | *If you're correcting your employer share only, use 0.0145. See instructions. | |
| 13. | Taxable wages & tips subject to Additional Medicare Tax withholding (Form 941 or 941-SS, line 5d) | | − | | = | | × 0.009* = | |
| | | | | | | | *Certain wages and tips reported in Column 3 shouldn't be multiplied by 0.009. See instructions. | |
| 14. | Section 3121(q) Notice and Demand—Tax due on unreported tips (Form 941 or 941-SS, line 5f) | | − | | = | | Copy Column 3 here ▶ | |
| 15. | Tax adjustments (Form 941 or 941-SS, lines 7 through 9) | | − | | = | | Copy Column 3 here ▶ | |
| 16. | Qualified small business payroll tax credit for increasing research activities (Form 941 or 941-SS, line 11a; you must attach Form 8974) | | − | | = | | See instructions | |
| 17. | Nonrefundable portion of credit for qualified sick and family leave wages for leave taken before April 1, 2021 (Form 941 or 941-SS, line 11b) | | − | | = | | See instructions | |
| 18a. | Nonrefundable portion of employee retention credit (Form 941 or 941-SS, line 11c) | 158369 . 64 | − | 0 . 00 | = | 158369 . 64 | See instructions | -158369 . 64 |
| 18b. | Nonrefundable portion of credit for qualified sick and family leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 11d) | | − | | = | | See instructions | |
| 18c. | Nonrefundable portion of COBRA premium assistance credit (Form 941 or 941-SS, line 11e) | | − | | = | | See instructions | |
| 18d. | Number of individuals provided COBRA premium assistance (Form 941 or 941-SS, line 11f) | | − | | = | | | |
| 19. | Special addition to wages for federal income tax | | | | = | | See instructions | |
| 20. | Special addition to wages for social security taxes | | | | = | | See instructions | |
| 21. | Special addition to wages for Medicare taxes | | | | = | | See instructions | |

Next ▶

Page 2

EXHIBIT A - 941X & POA FORM

Form **941-X** (Rev. 7-2021)

| Name (not your trade name) | Employer Identification number (EIN) | Correcting quarter 1 (1, 2, 3, 4) |
|---|---|---|
| EAST CENTRAL COMMUNITY COLLEGE | | Correcting calendar year (YYYY) 2021 |

**Part 3:** Enter the corrections for this quarter. If any line doesn't apply, leave it blank. *(continued)*

| | | Column 1<br>Total corrected amount (for ALL employees) | | Column 2<br>Amount originally reported or as previously corrected (for ALL employees) | | Column 3<br>Difference (If this amount is a negative number, use a minus sign.) | | Column 4<br>Tax correction |
|---|---|---|---|---|---|---|---|---|
| 22. | Special addition to wages for Additional Medicare Tax | | − | | = | | See instructions | |
| 23. | Combine the amounts on lines 7 through 22 of Column 4 . . . . . . . . . . . . . . . . | | | | | | | -158369 . 64 |
| 24. | Deferred amount of social security tax* (Form 941 or 941-SS, line 13b) | | − | | = | | See instructions | |
| | *Use this line to correct the employer deferral for the second quarter of 2020 and the employer and employee deferral for the third and fourth quarters of 2020. | | | | | | | |
| 25. | Refundable portion of credit for qualified sick and family leave wages for leave taken before April 1, 2021 (Form 941 or 941-SS, line 13c) | | − | | = | | See instructions | |
| 26a. | Refundable portion of employee retention credit (Form 941 or 941-SS, line 13d) | 1302347 . 96 | − | 0 . 00 | = | 1302347 . 96 | See instructions | -1302347 . 96 |
| 26b. | Refundable portion of credit for qualified sick and family leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 13e) | | − | | = | | See instructions | |
| 26c. | Refundable portion of COBRA premium assistance credit (Form 941 or 941-SS, line 13f) | | − | | = | | See instructions | |
| 27. | **Total.** Combine the amounts on lines 23 through 26c of Column 4 . . . . . . . . . . . . . . . . | | | | | | | -1460717 . 60 |

**If line 27 is less than zero:**
- If you checked line 1, this is the amount you want applied as a credit to your Form 941 or 941-SS for the tax period in which you're filing this form. (If you're currently filing a Form 944, Employer's ANNUAL Federal Tax Return, see the instructions.)
- If you checked line 2, this is the amount you want refunded or abated.

**If line 27 is more than zero, this is the amount you owe.** Pay this amount by the time you file this return. For information on how to pay, see *Amount you owe* in the instructions.

| 28. | Qualified health plan expenses allocable to qualified sick leave wages for leave taken before April 1, 2021 (Form 941 or 941-SS, line 19) | | − | | = | | |
|---|---|---|---|---|---|---|---|
| 29. | Qualified health plan expenses allocable to qualified family leave wages for leave taken before April 1, 2021 (Form 941 or 941-SS, line 20) | | − | | = | | |
| 30. | Qualified wages for the employee retention credit (Form 941 or 941-SS, line 21) | 2086739 . 43 | − | 0 . 00 | = | 2086739 . 43 | |
| 31a. | Qualified health plan expenses for the employee retention credit (Form 941 or 941-SS, line 22) | | − | | = | | |
| 31b. | Check here if you're eligible for the employee retention credit in the third or fourth quarter of 2021 solely because your business is a recovery startup business . . . . . . . . . . . . . . . ☐ | | | | | | |
| 32. | Credit from Form 5884-C, line 11, for this quarter* (Form 941 or 941-SS, line 23) | | − | | = | | |
| | *Use line 32 to correct only the second, third, and fourth quarters of 2020, and the first quarter of 2021. | | | | | | |

Next ▶

EXHIBIT A - 941X & POA FORM

| Name (not your trade name) | Employer Identification number (EIN) | Correcting quarter 1 (1, 2, 3, 4) |
|---|---|---|
| EAST CENTRAL COMMUNITY COLLEGE | | Correcting calendar year (YYYY) 2021 |

**Part 3:** Enter the corrections for this quarter. If any line doesn't apply, leave it blank. *(continued)*

| | | Column 1 | Column 2 | Column 3 |
|---|---|---|---|---|
| | | Total corrected amount (for ALL employees) | − Amount originally reported or as previously corrected (for ALL employees) | = Difference (If this amount is a negative number, use a minus sign.) |
| 33a. | Qualified wages paid March 13 through March 31, 2020, for the employee retention credit* (Form 941 or 941-SS, line 24) | . | . | . |
| | | \* Use line 33a to correct only the second quarter of 2020. | | |
| 33b. | Deferred amount of the employee share of social security tax included on Form 941 or 941-SS, line 13b* (Form 941 or 941-SS, line 24) | . | . | . |
| | | \* Use line 33b to correct only the third and fourth quarters of 2020. | | |
| 34. | Qualified health plan expenses allocable to wages reported on Form 941 or 941-SS, line 24* (Form 941 or 941-SS, line 25) | . | . | . |
| | | \* Use line 34 to correct only the second quarter of 2020. | | |

Caution: Lines 35–40 apply only to quarters beginning after March 31, 2021.

| 35. | Qualified sick leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 23) | . | . | . |
| 36. | Qualified health plan expenses allocable to qualified sick leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 24) | . | . | . |
| 37. | Amounts under certain collectively bargained agreements allocable to qualified sick leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 25) | . | . | . |
| 38. | Qualified family leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 26) | . | . | . |
| 39. | Qualified health plan expenses allocable to qualified family leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 27) | . | . | . |
| 40. | Amounts under certain collectively bargained agreements allocable to qualified family leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 28) | . | . | . |

Next ▶

EXHIBIT A - 941X & POA FORM

**Name (not your trade name):** EAST CENTRAL COMMUNITY COLLEGE

**Employer Identification number (EIN):** [redacted]

**Correcting quarter:** 1 (1, 2, 3, 4)

**Correcting calendar year (YYYY):** 2021

### Part 4: Explain your corrections for this quarter.

- [ ] **41.** Check here if any corrections you entered on a line include both underreported and overreported amounts. Explain both your underreported and overreported amounts on line 43.
- [ ] **42.** Check here if any corrections involve reclassified workers. Explain on line 43.
- **43.** You must give us a detailed explanation of how you determined your corrections. See the instructions.

> After original 941 filing, it was determined the company qualified for the Employee Retention Credit.

### Part 5: Sign here. You must complete all five pages of this form and sign it.

Under penalties of perjury, I declare that I have filed an original Form 941 or Form 941-SS and that I have examined this adjusted return or claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X **Sign your name here** [signature]

**Print your name here:** Matthew Andrews
**Print your title here:** Attorney

**Date:** 6/13/2022
**Best daytime phone:** 251-660-0888

### Paid Preparer Use Only

Check if you're self-employed . . . [ ]

| Field | Value |
|---|---|
| Preparer's name | Wilfreda Niederhofer |
| PTIN | P02536907 |
| Preparer's signature | |
| Date | / / |
| Firm's name (or yours if self-employed) | EJ Saad, PC |
| EIN | [redacted] |
| Address | PO Box 851207 |
| Phone | 251-660-0888 |
| City | Mobile |
| State | AL |
| ZIP code | 36685 |

Page 5

Form **941-X** (Rev. 7-2021)

**Worksheet 1. Credit for Qualified Sick and Family Leave Wages and the Employee Retention Credit**

*Keep for Your Records* 

**Determine how you will complete this worksheet**
If you paid both qualified sick and family leave wages and qualified wages for purposes of the employee retention credit this quarter, complete Step 1, Step 2, and Step 3. If you paid qualified sick and family leave wages this quarter but you didn't pay any qualified wages for purposes of the employee retention credit this quarter, complete Step 1 and Step 2. If you paid qualified wages for purposes of the employee retention credit this quarter but you didn't pay any qualified sick and family leave wages this quarter, complete Step 1 and Step 3.

**Step 1.** Determine the employer share of social security tax this quarter after it is reduced by any credit claimed on Form 8974 and any credit to be claimed on Form 5884-C and/or Form 5884-D

| | | | |
|---|---|---|---|
| 1a | Enter the amount of social security tax from Form 941, Part 1, line 5a, column 2 | 1a | 316739.28 |
| 1b | Enter the amount of social security tax from Form 941, Part 1, line 5b, column 2 | 1b | |
| 1c | Add lines 1a and 1b | 1c | 316739.28 |
| 1d | Multiply line 1c by 50% (0.50) | 1d | 158369.64 |
| 1e | If you're a third-party payer of sick pay that isn't an agent and you're claiming credits for amounts paid to your employees, enter the employer share of social security tax included on Form 941, Part 1, line 8 (enter as a positive number) | 1e | |
| 1f | Subtract line 1e from line 1d | 1f | 158369.64 |
| 1g | If you received a Section 3121(q) Notice and Demand during the quarter, enter the amount of the employer share of social security tax from the notice | 1g | |
| 1h | **Employer share of social security tax.** Add lines 1f and 1g | 1h | 158369.64 |
| 1i | Enter the amount from Form 941, Part 1, line 11a (credit from Form 8974) | 1i | |
| 1j | Enter the amount to be claimed on Form 5884-C, line 11, for this quarter | 1j | |
| 1j(i) | Enter the amount to be claimed on Form 5884-D, line 12, for this quarter | 1j(i) | |
| 1k | Total nonrefundable credits already used against the employer share of social security tax. Add lines 1i, 1j, and 1j(i) | 1k | |
| 1l | **Employer share of social security tax remaining.** Subtract line 1k from line 1h | 1l | 158369.64 |

**Step 2.** Figure the sick and family leave credit

| | | | |
|---|---|---|---|
| 2a | Qualified sick leave wages reported on Form 941, Part 1, line 5a(i), column 1 | 2a | |
| 2a(i) | Qualified sick leave wages included on Form 941, Part 1, line 5c, but not included on Form 941, Part 1, line 5a(i), column 1, because the wages reported on that line were limited by the social security wage base | 2a(i) | |
| 2a(ii) | Total qualified sick leave wages. Add lines 2a and 2a(i) | 2a(ii) | |
| 2a(iii) | Qualified sick leave wages excluded from the definition of employment under section 3121(b) | 2a(iii) | |
| 2b | Qualified health plan expenses allocable to qualified sick leave wages (Form 941, Part 3, line 19) | 2b | |
| 2c | Employer share of Medicare tax on qualified sick leave wages. Multiply line 2a(ii) by 1.45% (0.0145) | 2c | |
| 2d | Credit for qualified sick leave wages. Add lines 2a(ii), 2a(iii), 2b, and 2c | 2d | |
| 2e | Qualified family leave wages reported on Form 941, Part 1, line 5a(ii), column 1 | 2e | |
| 2e(i) | Qualified family leave wages included on Form 941, Part 1, line 5c, but not included on Form 941, Part 1, line 5a(ii), column 1, because the wages reported on that line were limited by the social security wage base | 2e(i) | |
| 2e(ii) | Total qualified family leave wages. Add lines 2e and 2e(i) | 2e(ii) | |
| 2e(iii) | Qualified family leave wages excluded from the definition of employment under section 3121(b) | 2e(iii) | |
| 2f | Qualified health plan expenses allocable to qualified family leave wages (Form 941, Part 3, line 20) | 2f | |
| 2g | Employer share of Medicare tax on qualified family leave wages. Multiply line 2e(ii) by 1.45% (0.0145) | 2g | |
| 2h | Credit for qualified family leave wages. Add lines 2e(ii), 2e(iii), 2f, and 2g | 2h | |
| 2i | Credit for qualified sick and family leave wages. Add lines 2d and 2h | 2i | |
| 2j | **Nonrefundable portion of credit for qualified sick and family leave wages.** Enter the smaller of line 1l or line 2i. Enter this amount on Form 941, Part 1, line 11b | 2j | |
| 2k | **Refundable portion of credit for qualified sick and family leave wages.** Subtract line 2j from line 2i and enter this amount on Form 941, Part 1, line 13c | 2k | |

**Step 3.** Figure the employee retention credit

| | | | |
|---|---|---|---|
| 3a | Qualified wages (excluding qualified health plan expenses) for the employee retention credit (Form 941, Part 3, line 21) | 3a | 2086739.43 |
| 3b | Qualified health plan expenses allocable to qualified wages for the employee retention credit (Form 941, Part 3, line 22) | 3b | |
| 3c | Add lines 3a and 3b | 3c | 2086739.43 |
| 3d | **Retention credit.** Multiply line 3c by 70% (0.70) | 3d | 1460717.60 |
| 3e | Enter the amount of the employer share of social security tax from Step 1, line 1l | 3e | 158369.64 |
| 3f | Enter the amount of the nonrefundable portion of the credit for qualified sick and family leave wages from Step 2, line 2j | 3f | |
| 3g | Subtract line 3f from line 3e | 3g | 158369.64 |
| 3h | **Nonrefundable portion of employee retention credit.** Enter the smaller of line 3d or line 3g. Enter this amount on Form 941, Part 1, line 11c | 3h | 158369.64 |
| 3i | **Refundable portion of employee retention credit.** Subtract line 3h from line 3d and enter this amount on Form 941, Part 1, line 13d | 3i | 1302347.96 |

EXHIBIT A - 941X & POA FORM

Form **941-X**: Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund
(Rev. July 2021)    Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

**Employer identification number (EIN):** [redacted]

**Name** (not your trade name): EAST CENTRAL COMMUNITY COLLEGE

**Trade name** (if any):

**Address:**
- Number/Street: P.O. BOX 129
- Suite or room number:
- City: DECATUR
- State: MS
- ZIP code: 39327

**Return You're Correcting...**
Check the type of return you're correcting.
- [X] 941
- [ ] 941-SS

Check the ONE quarter you're correcting.
- [ ] 1: January, February, March
- [X] 2: April, May, June
- [ ] 3: July, August, September
- [ ] 4: October, November, December

Enter the calendar year of the quarter you're correcting: **2021** (YYYY)

Enter the date you discovered errors: **01 / 31 / 2022** (MM / DD / YYYY)

Read the separate instructions before completing this form. Use this form to correct errors you made on Form 941 or 941-SS. Use a separate Form 941-X for each quarter that needs correction. Type or print within the boxes. You MUST complete all five pages. Don't attach this form to Form 941 or 941-SS unless you're reclassifying workers; see the instructions for line 42.

**Part 1:** Select ONLY one process. See page 6 for additional guidance, including information on how to treat employment tax credits and social security tax deferrals.

- [ ] **1.** Adjusted employment tax return. Check this box if you underreported tax amounts. Also check this box if you overreported tax amounts and you would like to use the adjustment process to correct the errors. You must check this box if you're correcting both underreported and overreported tax amounts on this form. The amount shown on line 27, if less than zero, may only be applied as a credit to your Form 941, Form 941-SS, or Form 944 for the tax period in which you're filing this form.

- [X] **2.** Claim. Check this box if you overreported tax amounts only and you would like to use the claim process to ask for a refund or abatement of the amount shown on line 27. Don't check this box if you're correcting ANY underreported tax amounts on this form.

**Part 2:** Complete the certifications.

- [ ] **3.** I certify that I've filed or will file Forms W-2, Wage and Tax Statement, or Forms W-2c, Corrected Wage and Tax Statement, as required.

Note: If you're correcting underreported tax amounts only, go to Part 3 on page 2 and skip lines 4 and 5. If you're correcting overreported tax amounts, for purposes of the certifications on lines 4 and 5, Medicare tax doesn't include Additional Medicare Tax. Form 941-X can't be used to correct overreported amounts of Additional Medicare Tax unless the amounts weren't withheld from employee wages or an adjustment is being made for the current year.

**4.** If you checked line 1 because you're adjusting overreported federal income tax, social security tax, Medicare tax, or Additional Medicare Tax, check all that apply. You must check at least one box.
I certify that:

- [ ] **a.** I repaid or reimbursed each affected employee for the overcollected federal income tax or Additional Medicare Tax for the current year and the overcollected social security tax and Medicare tax for current and prior years. For adjustments of employee social security tax and Medicare tax overcollected in prior years, I have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

- [ ] **b.** The adjustments of social security tax and Medicare tax are for the employer's share only. I couldn't find the affected employees or each affected employee didn't give me a written statement that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

- [ ] **c.** The adjustment is for federal income tax, social security tax, Medicare tax, or Additional Medicare Tax that I didn't withhold from employee wages.

**5.** If you checked line 2 because you're claiming a refund or abatement of overreported federal income tax, social security tax, Medicare tax, or Additional Medicare Tax, check all that apply. You must check at least one box.
I certify that:

- [ ] **a.** I repaid or reimbursed each affected employee for the overcollected social security tax and Medicare tax. For claims of employee social security tax and Medicare tax overcollected in prior years, I have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

- [ ] **b.** I have a written consent from each affected employee stating that I may file this claim for the employee's share of social security tax and Medicare tax. For refunds of employee social security tax and Medicare tax overcollected in prior years, I also have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

- [ ] **c.** The claim for social security tax and Medicare tax is for the employer's share only. I couldn't find the affected employees, or each affected employee didn't give me a written consent to file a claim for the employee's share of social security tax and Medicare tax, or each affected employee didn't give me a written statement that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

- [X] **d.** The claim is for federal income tax, social security tax, Medicare tax, or Additional Medicare Tax that I didn't withhold from employee wages.

Next ▶

For Paperwork Reduction Act Notice, see the separate instructions.    www.irs.gov/Form941X    Cat. No. 17025J    Form **941-X** (Rev. 7-2021)

| | | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|---|

**Name** (not your trade name): EAST CENTRAL COMMUNITY COLLEGE
**Employer Identification number (EIN):** [redacted]
**Correcting quarter:** 2 (1, 2, 3, 4)
**Correcting calendar year (YYYY):** 2021

**Part 3:** Enter the corrections for this quarter. If any line doesn't apply, leave it blank.

| | | Column 1 — Total corrected amount (for ALL employees) | Column 2 — Amount originally reported or as previously corrected (for ALL employees) | Column 3 — Difference (If this amount is a negative number, use a minus sign.) | Column 4 — Tax correction |
|---|---|---|---|---|---|
| 6. | Wages, tips, and other compensation (Form 941, line 2) | . | . | . | Use the amount in Column 1 when you prepare your Forms W-2 or Forms W-2c. |
| 7. | Federal income tax withheld from wages, tips, and other compensation (Form 941, line 3) | . | . | . | Copy Column 3 here ▶ . |
| 8. | Taxable social security wages (Form 941 or 941-SS, line 5a, Column 1) | . | . | . | × 0.124* = . |
| | | | | | * If you're correcting your employer share only, use 0.062. See instructions. |
| 9. | Qualified sick leave wages* (Form 941 or 941-SS, line 5a(i), Column 1) | . | . | . | × 0.062 = . |
| | | * Use line 9 only for qualified sick leave wages paid after March 31, 2020, for leave taken before April 1, 2021. | | | |
| 10. | Qualified family leave wages* (Form 941 or 941-SS, line 5a(ii), Column 1) | . | . | . | × 0.062 = . |
| | | * Use line 10 only for qualified family leave wages paid after March 31, 2020, for leave taken before April 1, 2021. | | | |
| 11. | Taxable social security tips (Form 941 or 941-SS, line 5b, Column 1) | . | . | . | × 0.124* = . |
| | | | | | * If you're correcting your employer share only, use 0.062. See instructions. |
| 12. | Taxable Medicare wages & tips (Form 941 or 941-SS, line 5c, Column 1) | . | . | . | × 0.029* = . |
| | | | | | * If you're correcting your employer share only, use 0.0145. See instructions. |
| 13. | Taxable wages & tips subject to Additional Medicare Tax withholding (Form 941 or 941-SS, line 5d) | . | . | . | × 0.009* = . |
| | | | | | * Certain wages and tips reported in Column 3 shouldn't be multiplied by 0.009. See instructions. |
| 14. | Section 3121(q) Notice and Demand—Tax due on unreported tips (Form 941 or 941-SS, line 5f) | . | . | . | Copy Column 3 here ▶ . |
| 15. | Tax adjustments (Form 941 or 941-SS, lines 7 through 9) | . | . | . | Copy Column 3 here ▶ . |
| 16. | Qualified small business payroll tax credit for increasing research activities (Form 941 or 941-SS, line 11a; you must attach Form 8974) | . | . | . | See instructions . |
| 17. | Nonrefundable portion of credit for qualified sick and family leave wages for leave taken before April 1, 2021 (Form 941 or 941-SS, line 11b) | . | . | . | See instructions . |
| 18a. | Nonrefundable portion of employee retention credit (Form 941 or 941-SS, line 11c) | 173826 . 82 | 0 . 00 | 173826 . 82 | See instructions -173826 . 82 |
| 18b. | Nonrefundable portion of credit for qualified sick and family leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 11d) | . | . | . | See instructions . |
| 18c. | Nonrefundable portion of COBRA premium assistance credit (Form 941 or 941-SS, line 11e) | . | . | . | See instructions . |
| 18d. | Number of individuals provided COBRA premium assistance (Form 941 or 941-SS, line 11f) | | | = | |
| 19. | Special addition to wages for federal income tax | . | . | . | See instructions . |
| 20. | Special addition to wages for social security taxes | . | . | . | See instructions . |
| 21. | Special addition to wages for Medicare taxes | . | . | . | See instructions . |

Next ▶

Page 2

Form **941-X** (Rev. 7-2021)

EXHIBIT A - 941X & POA FORM

| | | |
|---|---|---|
| Name (not your trade name)<br>EAST CENTRAL COMMUNITY COLLEGE | Employer identification number (EIN)<br>[redacted] | Correcting quarter  2  (1, 2, 3, 4)<br>Correcting calendar year (YYYY)<br>2021 |

**Part 3:** Enter the corrections for this quarter. If any line doesn't apply, leave it blank. *(continued)*

| | | Column 1<br>Total corrected amount (for ALL employees) | Column 2<br>Amount originally reported or as previously corrected (for ALL employees) | Column 3<br>Difference (If this amount is a negative number, use a minus sign.) | | Column 4<br>Tax correction |
|---|---|---|---|---|---|---|
| 22. | Special addition to wages for Additional Medicare Tax | . | − . | = . | See instructions | . |
| 23. | Combine the amounts on lines 7 through 22 of Column 4 | | | | | −173826 . 82 |
| 24. | Deferred amount of social security tax* (Form 941 or 941-SS, line 13b) | . | − . | = . | See instructions | . |

*Use this line to correct the employer deferral for the second quarter of 2020 and the employer and employee deferral for the third and fourth quarters of 2020.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25. | Refundable portion of credit for qualified sick and family leave wages for leave taken before April 1, 2021 (Form 941 or 941-SS, line 13c) | . | − . | = . | See instructions | . |
| 26a. | Refundable portion of employee retention credit (Form 941 or 941-SS, line 13d) | 1359174 . 94 | − 0 . 00 | = 1359174 . 94 | See instructions | −1359174 . 94 |
| 26b. | Refundable portion of credit for qualified sick and family leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 13e) | . | − . | = . | See instructions | . |
| 26c. | Refundable portion of COBRA premium assistance credit (Form 941 or 941-SS, line 13f) | . | − . | = . | See instructions | . |
| 27. | **Total.** Combine the amounts on lines 23 through 26c of Column 4 | | | | | . |

**If line 27 is less than zero:**

• If you checked line 1, this is the amount you want applied as a credit to your Form 941 or 941-SS for the tax period in which you're filing this form. (If you're currently filing a Form 944, Employer's ANNUAL Federal Tax Return, see the instructions.)

• If you checked line 2, this is the amount you want refunded or abated.

**If line 27 is more than zero, this is the amount you owe.** Pay this amount by the time you file this return. For information on how to pay, see *Amount you owe* in the instructions.

| | | | | | |
|---|---|---|---|---|---|
| 28. | Qualified health plan expenses allocable to qualified sick leave wages for leave taken before April 1, 2021 (Form 941 or 941-SS, line 19) | . | − . | = . | |
| 29. | Qualified health plan expenses allocable to qualified family leave wages for leave taken before April 1, 2021 (Form 941 or 941-SS, line 20) | . | − . | = . | |
| 30. | Qualified wages for the employee retention credit (Form 941 or 941-SS, line 21) | 2190002 . 51 | − 0 . 00 | = 2190002 . 51 | |
| 31a. | Qualified health plan expenses for the employee retention credit (Form 941 or 941-SS, line 22) | . | − . | = . | |
| 31b. | Check here if you're eligible for the employee retention credit in the third or fourth quarter of 2021 solely because your business is a recovery startup business . . . . . . . . . . . . . . . ☐ | | | | |
| 32. | Credit from Form 5884-C, line 11, for this quarter* (Form 941 or 941-SS, line 23) | . | − . | = . | |

*Use line 32 to correct only the second, third, and fourth quarters of 2020, and the first quarter of 2021.

Next ▶

EXHIBIT A - 941X & POA FORM

| Name (not your trade name) | Employer identification number (EIN) | Correcting quarter 2 (1, 2, 3, 4) |
|---|---|---|
| EAST CENTRAL COMMUNITY COLLEGE | | Correcting calendar year (YYYY) 2021 |

**Part 3:** Enter the corrections for this quarter. If any line doesn't apply, leave it blank. *(continued)*

| | | Column 1<br>Total corrected amount (for ALL employees) | − | Column 2<br>Amount originally reported or as previously corrected (for ALL employees) | = | Column 3<br>Difference (If this amount is a negative number, use a minus sign.) |
|---|---|---|---|---|---|---|
| 33a. | Qualified wages paid March 13 through March 31, 2020, for the employee retention credit* (Form 941 or 941-SS, line 24) | . | − | . | = | . |
| | *Use line 33a to correct only the second quarter of 2020. | | | | | |
| 33b. | Deferred amount of the employee share of social security tax included on Form 941 or 941-SS, line 13b* (Form 941 or 941-SS, line 24) | . | − | . | = | . |
| | *Use line 33b to correct only the third and fourth quarters of 2020. | | | | | |
| 34. | Qualified health plan expenses allocable to wages reported on Form 941 or 941-SS, line 24* (Form 941 or 941-SS, line 25) | . | − | . | = | . |
| | *Use line 34 to correct only the second quarter of 2020. | | | | | |

**Caution:** Lines 35–40 apply only to quarters beginning after March 31, 2021.

| 35. | Qualified sick leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 23) | . | − | . | = | . |
| 36. | Qualified health plan expenses allocable to qualified sick leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 24) | . | − | . | = | . |
| 37. | Amounts under certain collectively bargained agreements allocable to qualified sick leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 25) | . | − | . | = | . |
| 38. | Qualified family leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 26) | . | − | . | = | . |
| 39. | Qualified health plan expenses allocable to qualified family leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 27) | . | − | . | = | . |
| 40. | Amounts under certain collectively bargained agreements allocable to qualified family leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 28) | . | − | . | = | . |

Next ▶

EXHIBIT A - 941X & POA FORM

| Name (not your trade name) | Employer Identification number (EIN) | Correcting quarter  2  (1, 2, 3, 4) |
|---|---|---|
| EAST CENTRAL COMMUNITY COLLEGE | ███████ | Correcting calendar year (YYYY) 2021 |

**Part 4:** Explain your corrections for this quarter.

☐ 41. Check here if any corrections you entered on a line include both underreported and overreported amounts. Explain both your underreported and overreported amounts on line 43.

☐ 42. Check here if any corrections involve reclassified workers. Explain on line 43.

43. You must give us a detailed explanation of how you determined your corrections. See the instructions.

After original 941 filing, it was determined the company qualified for the Employee Retention Credit.

**Part 5:** Sign here. You must complete all five pages of this form and sign it.

Under penalties of perjury, I declare that I have filed an original Form 941 or Form 941-SS and that I have examined this adjusted return or claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X Sign your name here: [signature]
Print your name here: Matthew Andrews
Print your title here: Attorney
Date: 6/13/2022
Best daytime phone: 251-660-0888

**Paid Preparer Use Only**                  Check if you're self-employed ☐

| Preparer's name | Wilfreda Niederhofer | PTIN | P02536907 |
| Preparer's signature | | Date | / / |
| Firm's name (or yours if self-employed) | EJ Saad, PC | EIN | ███████ |
| Address | PO Box 851207 | Phone | 251-660-0888 |
| City | Mobile | State AL | ZIP code 36685 |

Page 5                                                                Form **941-X** (Rev. 7-2021)

**Worksheet 2. Employee Retention Credit for the Second Quarter of 2021 Only (Wages Paid After March 31, 2021, and Before July 1, 2021)**

*Keep for Your Records* 

**Determine how you will complete this worksheet.** (If you're a third-party payer, you must complete this worksheet for each client for which it is applicable, on a client-by-client basis.)

If you paid qualified wages after March 31, 2021, and before July 1, 2021, for purposes of the employee retention credit, complete Step 1 and Step 2. If you're claiming a credit for qualified sick and family leave wages in the second quarter of 2021 for leave taken before April 1, 2021, complete Worksheet 1 before starting this worksheet. **Caution:** Use Worksheet 4 to figure the employee retention credit for qualified wages paid in the third and fourth quarters of 2021.

**Step 1.** Determine the employer share of social security tax for the second quarter of 2021 after it is reduced by any credit claimed on Form 8974 and any credit to be claimed on Form 5884-C and/or Form 5884-D

| | | | |
|---|---|---|---|
| 1a | If you completed Worksheet 1 for the second quarter of 2021 to claim a credit for qualified sick and family leave wages for leave taken before April 1, 2021, enter the amount from Worksheet 1, Step 1, line 1l, and go to Step 2. If you're not claiming a credit for qualified sick and family leave wages for leave taken before April 1, 2021, continue by completing lines 1b–1n below and then go to Step 2 | 1a | |
| 1b | Enter the amount of social security tax from Form 941, Part 1, line 5a, column 2 | 1b | 347653.64 |
| 1c | Enter the amount of social security tax from Form 941, Part 1, line 5b, column 2 | 1c | |
| 1d | Add lines 1b and 1c | 1d | 347653.64 |
| 1e | Multiply line 1d by 50% (0.50) | 1e | 173826.82 |
| 1f | If you're a third-party payer of sick pay that isn't an agent and you're claiming credits for amounts paid to your employees, enter the employer share of social security tax included on Form 941, Part 1, line 8 (enter as a positive number) | 1f | |
| 1g | Subtract line 1f from line 1e | 1g | 173826.82 |
| 1h | If you received a Section 3121(q) Notice and Demand during the quarter, enter the amount of the employer share of social security tax from the notice | 1h | |
| 1i | **Employer share of social security tax.** Add lines 1g and 1h | 1i | 173826.82 |
| 1j | Enter the amount from Form 941, Part 1, line 11a (credit from Form 8974) | 1j | |
| 1k | Enter the amount to be claimed on Form 5884-C, line 11, for this quarter | 1k | |
| 1l | Enter the amount to be claimed on Form 5884-D, line 12, for this quarter | 1l | |
| 1m | **Total nonrefundable credits already used against the employer share of social security tax.** Add lines 1j, 1k, and 1l | 1m | |
| 1n | **Employer share of social security tax remaining.** Subtract line 1m from line 1i | 1n | 173826.82 |

**Step 2.** Figure the employee retention credit for the second quarter of 2021

**Caution:** The total amount included on lines 2a and 2b can't exceed $10,000 per employee.

| | | | |
|---|---|---|---|
| 2a | Qualified wages (excluding qualified health plan expenses) for the employee retention credit (Form 941, Part 3, line 21) | 2a | 2190002.51 |
| 2b | Qualified health plan expenses allocable to qualified wages for the employee retention credit (Form 941, Part 3, line 22) | 2b | |
| 2c | Add lines 2a and 2b | 2c | 2190002.51 |
| 2d | **Retention credit.** Multiply line 2c by 70% (0.70) | 2d | 1533001.76 |
| 2e | Enter the amount of the employer share of social security tax from Step 1, line 1a, or, if applicable, Step 1, line 1n | 2e | 173826.82 |
| 2f | Enter any second quarter amount of the nonrefundable portion of the credit for qualified sick and family leave wages for leave taken before April 1, 2021, from Worksheet 1, Step 2, line 2j | 2f | |
| 2g | Subtract line 2f from line 2e | 2g | 173826.82 |
| 2h | **Nonrefundable portion of employee retention credit.** Enter the smaller of line 2d or line 2g. Enter this amount on Form 941, Part 1, line 11c | 2h | 173826.82 |
| 2i | **Refundable portion of employee retention credit.** Subtract line 2h from line 2d and enter this amount on Form 941, Part 1, line 13d | 2i | 1359174.94 |

EXHIBIT A - 941X & POA FORM

Form **941-X:** Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund
(Rev. July 2021)
Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

**Employer Identification number (EIN):** [redacted]

**Name** (not your trade name): EAST CENTRAL COMMUNITY COLLEGE

**Trade name** (if any):

**Address:**
- Number/Street: P.O. BOX 129
- City: DECATUR
- State: MS
- ZIP code: 39327

**Return You're Correcting...**
Check the type of return you're correcting.
- [X] 941
- [ ] 941-SS

Check the ONE quarter you're correcting.
- [ ] 1: January, February, March
- [ ] 2: April, May, June
- [X] 3: July, August, September
- [ ] 4: October, November, December

Enter the calendar year of the quarter you're correcting: **2021** (YYYY)

Enter the date you discovered errors: **01 / 31 / 2022** (MM / DD / YYYY)

Read the separate instructions before completing this form. Use this form to correct errors you made on Form 941 or 941-SS. Use a separate Form 941-X for each quarter that needs correction. Type or print within the boxes. You MUST complete all five pages. Don't attach this form to Form 941 or 941-SS unless you're reclassifying workers; see the instructions for line 42.

**Part 1: Select ONLY one process.** See page 6 for additional guidance, including information on how to treat employment tax credits and social security tax deferrals.

- [ ] **1. Adjusted employment tax return.** Check this box if you underreported tax amounts. Also check this box if you overreported tax amounts and you would like to use the adjustment process to correct the errors. You must check this box if you're correcting both underreported and overreported tax amounts on this form. The amount shown on line 27, if less than zero, may only be applied as a credit to your Form 941, Form 941-SS, or Form 944 for the tax period in which you're filing this form.

- [X] **2. Claim.** Check this box if you overreported tax amounts only and you would like to use the claim process to ask for a refund or abatement of the amount shown on line 27. Don't check this box if you're correcting ANY underreported tax amounts on this form.

**Part 2: Complete the certifications.**

- [ ] **3.** I certify that I've filed or will file Forms W-2, Wage and Tax Statement, or Forms W-2c, Corrected Wage and Tax Statement, as required.

Note: If you're correcting underreported tax amounts only, go to Part 3 on page 2 and skip lines 4 and 5. If you're correcting overreported tax amounts, for purposes of the certifications on lines 4 and 5, Medicare tax doesn't include Additional Medicare Tax. Form 941-X can't be used to correct overreported amounts of Additional Medicare Tax unless the amounts weren't withheld from employee wages or an adjustment is being made for the current year.

**4.** If you checked line 1 because you're adjusting overreported federal income tax, social security tax, Medicare tax, or Additional Medicare Tax, check all that apply. You must check at least one box.
I certify that:

- [ ] **a.** I repaid or reimbursed each affected employee for the overcollected federal income tax or Additional Medicare Tax for the current year and the overcollected social security tax and Medicare tax for current and prior years. For adjustments of employee social security tax and Medicare tax overcollected in prior years, I have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

- [ ] **b.** The adjustments of social security tax and Medicare tax are for the employer's share only. I couldn't find the affected employees or each affected employee didn't give me a written statement that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

- [ ] **c.** The adjustment is for federal income tax, social security tax, Medicare tax, or Additional Medicare Tax that I didn't withhold from employee wages.

**5.** If you checked line 2 because you're claiming a refund or abatement of overreported federal income tax, social security tax, Medicare tax, or Additional Medicare Tax, check all that apply. You must check at least one box.
I certify that:

- [ ] **a.** I repaid or reimbursed each affected employee for the overcollected social security tax and Medicare tax. For claims of employee social security tax and Medicare tax overcollected in prior years, I have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

- [ ] **b.** I have a written consent from each affected employee stating that I may file this claim for the employee's share of social security tax and Medicare tax. For refunds of employee social security tax and Medicare tax overcollected in prior years, I also have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

- [ ] **c.** The claim for social security tax and Medicare tax is for the employer's share only. I couldn't find the affected employees, or each affected employee didn't give me a written consent to file a claim for the employee's share of social security tax and Medicare tax, or each affected employee didn't give me a written statement that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

- [X] **d.** The claim is for federal income tax, social security tax, Medicare tax, or Additional Medicare Tax that I didn't withhold from employee wages.

Next ▶

For Paperwork Reduction Act Notice, see the separate instructions.   www.irs.gov/Form941X   Cat. No. 17025J   Form **941-X** (Rev. 7-2021)

| | | Column 1<br>Total corrected amount (for ALL employees) | | Column 2<br>Amount originally reported or as previously corrected (for ALL employees) | | Column 3<br>Difference (If this amount is a negative number, use a minus sign.) | | Column 4<br>Tax correction |
|---|---|---|---|---|---|---|---|---|

**Name** (not your trade name): EAST CENTRAL COMMUNITY COLLEGE
**Employer identification number (EIN):** [redacted]
**Correcting quarter:** 3 (1, 2, 3, 4)
**Correcting calendar year (YYYY):** 2021

**Part 3:** Enter the corrections for this quarter. If any line doesn't apply, leave it blank.

6. Wages, tips, and other compensation (Form 941, line 2) — Use the amount in Column 1 when you prepare your Forms W-2 or Forms W-2c.

7. Federal income tax withheld from wages, tips, and other compensation (Form 941, line 3) — Copy Column 3 here ▶

8. Taxable social security wages (Form 941 or 941-SS, line 5a, Column 1) — × 0.124* =
   * If you're correcting your employer share only, use 0.062. See instructions.

9. Qualified sick leave wages* (Form 941 or 941-SS, line 5a(i), Column 1) — × 0.062 =
   * Use line 9 only for qualified sick leave wages paid after March 31, 2020, for leave taken before April 1, 2021.

10. Qualified family leave wages* (Form 941 or 941-SS, line 5a(ii), Column 1) — × 0.062 =
    * Use line 10 only for qualified family leave wages paid after March 31, 2020, for leave taken before April 1, 2021.

11. Taxable social security tips (Form 941 or 941-SS, line 5b, Column 1) — × 0.124* =
    * If you're correcting your employer share only, use 0.062. See instructions.

12. Taxable Medicare wages & tips (Form 941 or 941-SS, line 5c, Column 1) — × 0.029* =
    * If you're correcting your employer share only, use 0.0145. See instructions.

13. Taxable wages & tips subject to Additional Medicare Tax withholding (Form 941 or 941-SS, line 5d) — × 0.009* =
    * Certain wages and tips reported in Column 3 shouldn't be multiplied by 0.009. See instructions.

14. Section 3121(q) Notice and Demand—Tax due on unreported tips (Form 941 or 941-SS, line 5f) — Copy Column 3 here ▶

15. Tax adjustments (Form 941 or 941-SS, lines 7 through 9) — Copy Column 3 here ▶

16. Qualified small business payroll tax credit for increasing research activities (Form 941 or 941-SS, line 11a; you must attach Form 8974) — See instructions

17. Nonrefundable portion of credit for qualified sick and family leave wages for leave taken before April 1, 2021 (Form 941 or 941-SS, line 11b) — See instructions

18a. Nonrefundable portion of employee retention credit (Form 941 or 941-SS, line 11c) — 38727.95 − 0.00 = 38727.95 — See instructions — -38727.95

18b. Nonrefundable portion of credit for qualified sick and family leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 11d) — See instructions

18c. Nonrefundable portion of COBRA premium assistance credit (Form 941 or 941-SS, line 11e) — See instructions

18d. Number of individuals provided COBRA premium assistance (Form 941 or 941-SS, line 11f)

19. Special addition to wages for federal income tax — See instructions

20. Special addition to wages for social security taxes — See instructions

21. Special addition to wages for Medicare taxes — See instructions

Next ▶

Page 2                                                                                   Form **941-X** (Rev. 7-2021)

| | | Column 1<br>Total corrected amount (for ALL employees) | | Column 2<br>Amount originally reported or as previously corrected (for ALL employees) | | Column 3<br>Difference (If this amount is a negative number, use a minus sign.) | | Column 4<br>Tax correction |
|---|---|---|---|---|---|---|---|---|

**Name** (not your trade name): EAST CENTRAL COMMUNITY COLLEGE
**Employer identification number (EIN):** [redacted]
**Correcting quarter:** 3 (1, 2, 3, 4)
**Correcting calendar year (YYYY):** 2021

**Part 3:** Enter the corrections for this quarter. If any line doesn't apply, leave it blank. *(continued)*

| # | Description | Col 1 | | Col 2 | | Col 3 | | Col 4 |
|---|---|---|---|---|---|---|---|---|
| 22. | Special addition to wages for Additional Medicare Tax | . | − | . | = | . | See instructions | . |
| 23. | Combine the amounts on lines 7 through 22 of Column 4 | | | | | | | -38727 . 95 |
| 24. | Deferred amount of social security tax* (Form 941 or 941-SS, line 13b) | . | − | . | = | . | See instructions | . |
| 25. | Refundable portion of credit for qualified sick and family leave wages for leave taken before April 1, 2021 (Form 941 or 941-SS, line 13c) | . | − | . | = | . | See instructions | . |
| 26a. | Refundable portion of employee retention credit (Form 941 or 941-SS, line 13d) | 1449193 . 01 | − | 0 . 00 | = | 1449193 . 01 | See instructions | -1449193 . 01 |
| 26b. | Refundable portion of credit for qualified sick and family leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 13e) | . | − | . | = | . | See instructions | . |
| 26c. | Refundable portion of COBRA premium assistance credit (Form 941 or 941-SS, line 13f) | . | − | . | = | . | See instructions | . |

*Use this line to correct the employer deferral for the second quarter of 2020 and the employer and employee deferral for the third and fourth quarters of 2020.

27. **Total.** Combine the amounts on lines 23 through 26c of Column 4 .......... [ . ]

**If line 27 is less than zero:**
- If you checked line 1, this is the amount you want applied as a credit to your Form 941 or 941-SS for the tax period in which you're filing this form. (If you're currently filing a Form 944, Employer's ANNUAL Federal Tax Return, see the instructions.)
- If you checked line 2, this is the amount you want refunded or abated.

**If line 27 is more than zero, this is the amount you owe.** Pay this amount by the time you file this return. For information on how to pay, see *Amount you owe* in the instructions.

| # | Description | Col 1 | | Col 2 | | Col 3 |
|---|---|---|---|---|---|---|
| 28. | Qualified health plan expenses allocable to qualified sick leave wages for leave taken before April 1, 2021 (Form 941 or 941-SS, line 19) | . | − | . | = | . |
| 29. | Qualified health plan expenses allocable to qualified family leave wages for leave taken before April 1, 2021 (Form 941 or 941-SS, line 20) | . | − | . | = | . |
| 30. | Qualified wages for the employee retention credit (Form 941 or 941-SS, line 21) | 2125601 . 30 | − | 0 . 00 | = | 2125601 . 30 |
| 31a. | Qualified health plan expenses for the employee retention credit (Form 941 or 941-SS, line 22) | . | − | . | = | . |

31b. Check here if you're eligible for the employee retention credit in the third or fourth quarter of 2021 solely because your business is a recovery startup business ............. ☐

32. Credit from Form 5884-C, line 11, for this quarter* (Form 941 or 941-SS, line 23)   [ . ] − [ . ] = [ . ]

*Use line 32 to correct only the second, third, and fourth quarters of 2020, and the first quarter of 2021.

Page 3     Next ▶     Form **941-X** (Rev. 7-2021)

| Name (not your trade name) | Employer identification number (EIN) | Correcting quarter  3  (1, 2, 3, 4) |
|---|---|---|
| EAST CENTRAL COMMUNITY COLLEGE | ▬ | Correcting calendar year (YYYY) 2021 |

**Part 3:** Enter the corrections for this quarter. If any line doesn't apply, leave it blank. *(continued)*

| | | Column 1<br>Total corrected amount (for ALL employees) | Column 2<br>Amount originally reported or as previously corrected (for ALL employees) | Column 3<br>Difference (If this amount is a negative number, use a minus sign.) |
|---|---|---|---|---|
| 33a. | Qualified wages paid March 13 through March 31, 2020, for the employee retention credit* (Form 941 or 941-SS, line 24) | . | − . | = . |
| | *Use line 33a to correct only the second quarter of 2020.* | | | |
| 33b. | Deferred amount of the employee share of social security tax included on Form 941 or 941-SS, line 13b* (Form 941 or 941-SS, line 24) | . | − . | = . |
| | *Use line 33b to correct only the third and fourth quarters of 2020.* | | | |
| 34. | Qualified health plan expenses allocable to wages reported on Form 941 or 941-SS, line 24* (Form 941 or 941-SS, line 25) | . | − . | = . |
| | *Use line 34 to correct only the second quarter of 2020.* | | | |

**Caution:** Lines 35–40 apply only to quarters beginning after March 31, 2021.

| 35. | Qualified sick leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 23) | . | − . | = . |
|---|---|---|---|---|
| 36. | Qualified health plan expenses allocable to qualified sick leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 24) | . | − . | = . |
| 37. | Amounts under certain collectively bargained agreements allocable to qualified sick leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 25) | . | − . | = . |
| 38. | Qualified family leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 26) | . | − . | = . |
| 39. | Qualified health plan expenses allocable to qualified family leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 27) | . | − . | = . |
| 40. | Amounts under certain collectively bargained agreements allocable to qualified family leave wages for leave taken after March 31, 2021 (Form 941 or 941-SS, line 28) | . | − . | = . |

Next ▶

Page 4                                               Form **941-X** (Rev. 7-2021)

| Name (not your trade name) | Employer identification number (EIN) | Correcting quarter 3 (1, 2, 3, 4) |
|---|---|---|
| EAST CENTRAL COMMUNITY COLLEGE | ▮▮▮▮▮ | Correcting calendar year (YYYY) 2021 |

**Part 4:** Explain your corrections for this quarter.

- [ ] 41. Check here if any corrections you entered on a line include both underreported and overreported amounts. Explain both your underreported and overreported amounts on line 43.

- [ ] 42. Check here if any corrections involve reclassified workers. Explain on line 43.

43. You must give us a detailed explanation of how you determined your corrections. See the instructions.

After original 941 filing, it was determined the company qualified for the Employee Retention Credit.

**Part 5:** Sign here. You must complete all five pages of this form and sign it.

Under penalties of perjury, I declare that I have filed an original Form 941 or Form 941-SS and that I have examined this adjusted return or claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X Sign your name here: [signature]
Date: 6/13/2022

Print your name here: Matthew Andrews
Print your title here: Attorney
Best daytime phone: 251-660-0888

**Paid Preparer Use Only**   Check if you're self-employed . . . [ ]

| Preparer's name | Wilfreda Niederhofer | PTIN | P02536907 |
| Preparer's signature | | Date | / / |
| Firm's name (or yours if self-employed) | EJ Saad, PC | EIN | ▮▮▮▮▮ |
| Address | PO Box 851207 | Phone | 251-660-0888 |
| City | Mobile | State | AL | ZIP code | 36685 |

Page 5                                                                 Form **941-X** (Rev. 7-2021)

**Worksheet 4. Employee Retention Credit for Third and Fourth Quarters of 2021 Only (Qualified Wages Paid After June 30, 2021)**

*Keep for Your Records* 

Determine how you will complete this worksheet. (If you're a third-party payer, you must complete this worksheet for each client for which it is applicable, on a client-by-client basis.)
If you paid qualified wages after June 30, 2021, for purposes of the employee retention credit, complete Step 1 and Step 2. If you're claiming a credit for qualified sick and family leave wages in this quarter for leave taken after March 31, 2021, complete Worksheet 3 before starting this worksheet.
**Caution:** Use Worksheet 2 to figure the employee retention credit for qualified wages paid in the second quarter of 2021.

**Step 1.** Determine the employer share of Medicare tax

- 1a  If you completed Worksheet 3 to claim a credit for qualified sick and family leave wages for leave taken after March 31, 2021, enter the amount from Worksheet 3, Step 1, line 1f, and go to Step 2. If you're not claiming a credit for qualified sick and family leave wages for leave taken after March 31, 2021, continue by completing lines 1b–1g below and then go to Step 2 ............ 1a _____
- 1b  Enter the amount of Medicare tax from Form 941, Part 1, line 5c, column 2 ............ 1b  77455.90
- 1c  Multiply line 1b by 50% (0.50) ............ 1c  38727.95
- 1d  If you're a third-party payer of sick pay that isn't an agent and you're claiming credits for amounts paid to your employees, enter the employer share of Medicare tax included on Form 941, Part 1, line 8 (enter as a positive number) ............ 1d _____
- 1e  Subtract line 1d from line 1c ............ 1e  38727.95
- 1f  If you received a Section 3121(q) Notice and Demand during the quarter, enter the amount of the employer share of Medicare tax from the notice ............ 1f _____
- 1g  Employer share of Medicare tax. Add lines 1e and 1f ............ 1g  38727.95

**Step 2.** Figure the employee retention credit

**Caution:** The total amount included on lines 2a and 2b can't exceed $10,000 per employee each quarter.

- 2a  Qualified wages (excluding qualified health plan expenses) for the employee retention credit (Form 941, Part 3, line 21) ............ 2a  2125601.3
- 2b  Qualified health plan expenses allocable to qualified wages for the employee retention credit (Form 941, Part 3, line 22) ............ 2b _____
- 2c  Add lines 2a and 2b ............ 2c  2125601.3
- 2d  Retention credit. Multiply line 2c by 70% (0.70). If you qualify for the employee retention credit solely because your business is a recovery startup business, don't enter more than $50,000 per quarter ............ 2d  1487920.96
- 2e  Enter the amount of the employer share of Medicare tax from Step 1, line 1a, or, if applicable, Step 1, line 1g ............ 2e  38727.95
- 2f  Enter any amount of the nonrefundable portion of the credit for qualified sick and family leave wages for leave taken after March 31, 2021, from Worksheet 3, Step 2, line 2r ............ 2f _____
- 2g  Subtract line 2f from line 2e ............ 2g  38727.95
- 2h  Nonrefundable portion of employee retention credit. Enter the smaller of line 2d or line 2g. Enter this amount on Form 941, Part 1, line 11c ............ 2h  38727.95
- 2i  Refundable portion of employee retention credit. Subtract line 2h from line 2d and enter this amount on Form 941, Part 1, line 13d ............ 2i  1449193.01

EXHIBIT A - 941X & POA FORM

Check Form for Common Errors & Reminders

| Form **2848** (Rev. January 2021) Department of the Treasury Internal Revenue Service | **Power of Attorney and Declaration of Representative** ▶ Go to www.irs.gov/Form2848 for instructions and the latest information. | OMB No. 1545-0150 For IRS Use Only Received by: Name _____ Telephone ____ Function _____ Date __/__/__ |

**Part I   Power of Attorney**

Caution: A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1   Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address<br>**East Central Community College**<br>**PO Box 129**<br>**Decatur, MS 39327** | Taxpayer identification number(s)<br><br>Daytime telephone number  Plan number (if applicable)<br>POA 251-660-0888 |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2   Representative(s)** must sign and date this form on page 2, Part II.

Name and address
**EJ Saad, PC/Matthew Andrews**
**PO Box 851207**
**Mobile, AL 36685**
Check if to be sent copies of notices and communications ☑

CAF No. ........ 0315-05746R ..............
PTIN _____ P02528906 _____
Telephone No. _____ 251-660-0888 _____
Fax No. .......................................
Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

Name and address




Check if to be sent copies of notices and communications ☐

CAF No. .....................................
PTIN ...........................................
Telephone No. ............................
Fax No. .......................................
Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

Name and address




(Note: IRS sends notices and communications to only two representatives.)

CAF No. .....................................
PTIN ...........................................
Telephone No. ............................
Fax No. .......................................
Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

Name and address



(Note: IRS sends notices and communications to only two representatives.)

CAF No. .....................................
PTIN ...........................................
Telephone No. ............................
Fax No. .......................................
Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3   Acts authorized (you are required to complete line 3).** Except for the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Payroll | 941 | 2020 thru 2021 |
| Payroll | 941-X | 2020 thru 2021 |
|  |  |  |

**4   Specific use not recorded on the Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See *Line 4. Specific Use Not Recorded on CAF* in the instructions . . . . . . . . . . . . . . ▶ ☑

**5a   Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):   ☑ Access my IRS records via an Intermediate Service Provider;
☐ Authorize disclosure to third parties;   ☑ Substitute or add representative(s);   ☐ Sign a return; _____



☐ Other acts authorized: _____


For Privacy Act and Paperwork Reduction Act Notice, see the instructions.        Cat. No. 11980J        Form **2848** (Rev. 1-2021)

Form 2848 (Rev. 1-2021) Page **2**

    **b Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.
List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): _____

**6**   **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this form. If you **do not** want to revoke a prior power of attorney, check here .................................................................................................................................................................▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7**   **Taxpayer declaration and signature.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative (or designated individual, if applicable), executor, receiver, administrator, trustee, or individual other than the taxpayer, I certify I have the legal authority to execute this form on behalf of the taxpayer.

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| _J. Brent Gregory_ | _6/13/2022_ | _President_ |
|---|---|---|
| Signature | Date | Title (if applicable) |

| _J. Brent Gregory_ | |
|---|---|
| Print name | Print name of taxpayer from line 1 if other than individual |

**Part II**   **Declaration of Representative**

Under penalties of perjury, by my signature below I declare that:
- I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
- I am subject to regulations in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
- I am one of the following:

  **a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
  **b** Certified Public Accountant—a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.
  **c** Enrolled Agent—enrolled as an agent by the IRS per the requirements of Circular 230.
  **d** Officer—a bona fide officer of the taxpayer organization.
  **e** Full-Time Employee—a full-time employee of the taxpayer.
  **f** Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
  **g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the IRS is limited by section 10.3(d) of Circular 230).
  **h** Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). **See Special Rules and Requirements for Unenrolled Return Preparers** *in the instructions for additional information.*
  **k** Qualifying Student or Law Graduate—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student, or law graduate working in a LITC or STCP. See instructions for Part II for additional information and requirements.
  **r** Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

Note: For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation— Insert above letter (a–r). | Licensing jurisdiction (State) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) | Signature | Date |
|---|---|---|---|---|
| a | AL | 1672E47A | | 3/10/2022 |
| a | MS | 103151 | | 03/10/2022 |
| | | | | |

Form **2848** (Rev. 1-2021)