UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Jul 10 2025
ARTHUR JOHNSTON, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

EAST CENTRAL COMMUNITY COLLEGE                                         PLAINTIFF

V.                                                   CIVIL ACTION NO. 3:25cv280-HTW-LGI

UNITED STATES OF AMERICA                                               DEFENDANT

**RULE 16(a) INITIAL ORDER**

The above captioned cause is set for a **TELEPHONIC CASE MANAGEMENT CONFERENCE (TCMC)** on September 5, 2025 at 10:00 am before:

United States Magistrate Judge LaKeysha Greer Isaac
501 E. Court Street, Suite 6.150
Jackson, MS  39201
isaac_chambers@mssd.uscourts.gov

*Dial-in Number to use for Conference:*   **(888) 684-8852  PASSCODE: 3566012**

**Unless otherwise instructed, the above dial-in number will be used for the Telephonic Case Management Conference.**

No later than twenty-one (21) days prior to the TCMC, counsel shall confer regarding all matters set forth in L.U.Civ. R. 26(f).

No later than fourteen (14) days after the attorney conference and seven (7) days prior to the TCMC, **counsel shall submit a proposed case management order to the judge only.** This submission shall **not** be filed with the Clerk of Court.  By the same deadline, **counsel shall also submit a confidential memorandum (3 page maximum) setting forth a brief explanation of the case, and a candid appraisal of the respective positions, including possible settlement figures to:**

isaac_chambers@mssd.uscourts.gov

(PRO SE persons must MAIL their memo instead of using the e-mail address.) Counsel will also furnish in their memorandum a good-faith estimate of the expense of carrying the litigation through trial and the appellate process, if not settled, and will have discussed these costs with their respective clients. These memoranda are **not** to be exchanged and will be viewed only by the Court. Further, these memoranda shall **not** be filed with the Clerk of Court. Do **not** mail a separate copy.

**THE FAILURE OF ANY PARTY TO TIMELY SUBMIT THE PROPOSED CASE MANAGEMENT ORDER AND CONFIDENTIAL MEMORANDA MAY REQUIRE ATTENDANCE IN PERSON BY ALL DEFAULTING COUNSEL AT THE CASE MANAGEMENT CONFERENCE. ALL ATTORNEYS OF RECORD FOR THE DEFAULTING PARTY SHALL BE REQUIRED TO ATTEND AND THE CONFERENCE SHALL NOT BE SUBJECT TO RESCHEDULING. SANCTIONS WILL BE IMPOSED AT THE CONFERENCE.**

At the telephonic case management conference, the Court and the parties shall:

1. Identify the principal factual and legal issues in dispute;
2. Identify the alternative dispute resolution procedure which counsel intend to use, or report specifically why no such procedure would assist in the resolution of the case;
3. Indicate whether all parties consent to jurisdiction by a magistrate judge;
4. Review the parties' compliance with their disclosure obligations and consider whether to order additional disclosures;
5. Determine whether to order early filing of any motions that might significantly affect the scope of discovery or other aspects of the litigation, and provide for the staged resolution, or bifurcation of issues for trial consistent with 42(b) Fed.R.Civ.P.;
6. Determine the plan for at least the first stage of discovery; impose limitations on each discovery tool, time periods and other appropriate matters;
7. Determine the date for the Local Rule 26(g) settlement conference or mediation;
8. Discuss scheduling and set appropriate scheduling deadlines including dates for a settlement conference, completion of discovery, motions, the final pretrial conference and trial. The parties should be prepared to discuss prior conflicts with the trial date.
9. Verify that counsel are registered for electronic document filing and are familiar with the Administrative Procedures for Electronic Filing.

     A Case Management Order shall be entered by the Court after the conference. A Uniform Case Management Order form and case management time lines have been developed and are available on the Court's website at www.mssd.uscourts.gov and as Form No. 1 in the revised Uniform Local Rules, effective December 1, 2015. Counsel shall use that format in discussions and preparation. The Uniform Local Rules are also available on the Court's website.

                                                   /s/ Lakeysha Greer Isaac
                                                LAKEYSHA GREER ISAAC
                                      UNITED STATES MAGISTRATE JUDGE

Dated: July 10, 2025